**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
kam@kam13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE: | CASE NO. 16-40450-JMM |
| **MONICA J GARCIA**<br>**ADOLFO T GARCIA** | CHAPTER 13 |
| Debtor(s). | |

**TRUSTEE'S RESPONSE TO DEBTOR(S)' PROPOSED MODIFICATION OF**
**CHAPTER 13 PLAN**

The Debtor(s)' Proposed Modification of Chapter 13 Plan (docket #62) is:
  ☒ set for hearing on October 1, 2019 now moved to October 22, 2019.
  ☐ set for negative notice, objections due by _____

1. Relevant case information:
   A. Date case filed................................................................................ May 25, 2016
   B. Total needed to complete plan * ....................................... 100% of allowed claims
   C. Total paid in ................................................................................... $26,807.79
   D. Balance due to date* ......................................................................... $28,220
   E. Monthly payments…….. ...................................................................... $1,070
   F. Plan percentage to unsecured (approximate)........................................100%
   G. Months left to complete per plan ....................................................... 34
   H. Current default (if any) ……………………………………………… $1,412.21
   *Figures contained herein are not payoff figures and may not include tax refunds which are required to be paid into the plan in addition to monthly plan payments. A payoff letter must be requested in writing from the Trustee's office.

2. The proposed modification results in the following:
   ☒ Turnover of funds in the amount of $1,245.44 from the refinance of the Debtors' real property.
   ☒ Reduction in plan payments from $1,070 to $835 per month commencing September 2019.
   ☐ Increase in length of plan term from __to __ months.
   ☒ Other changes: Due to Debtors' refinance, they propose to stop all payments to the first, second, and third mortgages (POC #4, 12, and 13). Waive the current default in plan payments.

3. Reason for proposed modification: Debtors' refinance of their real property and current default in plan payments.

4. Trustee's recommendation:
    A. ☒ The Trustee has no objection to the proposed modification.
    B. ☐ The Trustee objects to the proposed modification for the following reasons:
        ☐ The proposed modification is not feasible.
        ☐ The proposed modification will not complete within 60 months [11 USC § 1325(a)(4)].
        ☐ The proposed modification fails to meet the liquidation value [11 USC § 1325(a)(4)].
        ☐ The proposed modification fails to provide for all the Debtor(s)' disposable income [11USC § 1325(b)(1)] based on income higher and, as a result, the Debtor(s) has/have failed to file a Chapter 13 Plan in good faith [11 USC § 1325(a)].
        ☐ The Debtor(s) has/have failed to cooperate with the Trustee [11 USC § 521(a)(3) & (4)] as the following document(s) was/were not provided:

5. Trustee's Notes:

    WHEREFORE, the Trustee,
    ☐ objects to the Debtor(s) Motion to Modify the Confirmed Plan.
    ☒ does not object to the Debtors' Motion to Modify the Confirmed Plan subject to the time for objections having passed.


DATED: September 25, 2019


                                           /s/ Kathleen McCallister
                                           **Kathleen McCallister, Trustee**

# CERTIFICATE OF SERVICE

     **I, HEREBY CERTIFY** that on September 25, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Alexandra O Caval
alex@cavallawoffice.com

     **AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

     Via first class mail, postage prepaid addressed as follows:

**Monica J Garcia**
**Adolfo T Garcia**
**1764 Harmon Park Ave**
**Twin Falls, ID 83301**


       /s/  Kathleen McCallister
     **Kathleen McCallister, Trustee**